NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT RUVALCABA,<br><br>　　　　　Defendant. | Case No. CR 01-20005 JF<br><br>ORDER DENYING MOTION FOR COA WITH RESPECT TO ORDER DENYING RELIEF UNDER FRCP 60(b) |

　　　　Defendant Robert Ruvalcaba ("Ruvalcaba") pled guilty to one charge of conspiracy to distribute five hundred grams or more of methamphetamine and was sentenced to a term of imprisonment of 168 months. The Court of Appeals dismissed Ruvalcaba's appeal after concluding that his plea was knowing and voluntary and that the plea colloquy was not ambiguous or defective. Ruvalcaba subsequently filed a motion for relief pursuant to 28 U.S.C. § 2255, which motion was denied by this Court. This Court also denied Ruvalcaba's motions for reconsideration and for certificate of appealability. The Court of Appeals denied Ruvalcaba's subsequent appeal and ordered that no other motions or other submissions would be considered in Ruvalcaba's case. Ruvalcaba subsequently filed a motion for relief from this Court's

1  judgment pursuant to Federal Rule of Civil Procedure 60(b), which was denied by order dated
2  May 23, 2006.
3        On June 28, 2006, Ruvalcaba submitted a motion for certificate of appealability ("COA")
4  with respect to this Court's denial of his Rule 60(b) motion.  The Clerk's Office docketed the
5  motion as "received" in light of the Ninth Circuit's bar against further filings in this case.  It is
6  unclear whether the Ninth Circuit's bar extends to filing in this Court as well as the Court of
7  Appeal.  Even assuming that Ruvalcaba's motion properly is before this Court, however, the
8  motion is without merit, because Ruvalcaba's Rule 60(b) motion was so clearly without merit.
9        Accordingly, Ruvalcaba's motion for COA is DENIED.
10       IT IS SO ORDERED.

12 DATED:  7/18/06

                                                                                  JEREMY FOGEL
                                                                                   United States District Judge

Case No. CR 01-20005 JF
ORDER DENYING MOTION FOR COA WITH RESPECT TO DENIAL OF RULE 60(b) MOTION
(JFLC2)

Copies of Order served on:

Robert Ruvalcaba
No. 99468-111
Federal Prison Camp
3705 West Farm Road
Lompoc, CA 93436

John N. Glang
Assistant United States Attorney
Office of the United States Attorney
150 Almaden Blvd., Suite 900
San Jose, CA 95113